IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELO KARAGELIDIS, )<br>)<br>Petitioner, )<br>)<br>vs )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Respondent. ) | Civil Action # 05-CV-11846-NG |

RESPONDENT'S NOTICE OF PETITIONER'S TRANSFER TO A HALFWAY HOUSE

The Petitioner, Angelo Karagelidis, was transferred to the Coolidge House, 307 Huntington Ave, Boston, MA 02115, on September 13, 2005. He is scheduled to be released from BOP custody on March 6, 2006.

    Respectfully submitted,
    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Mark J. Grady
    MARK J. GRADY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA   02210
    Tel. No. (617) 748-3136

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 6th day of December 2005, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Angelo Karagelidis, Coolidge House, 307 Huntington Ave, Boston, MA 02115.

    /s/ Mark J. Grady
    Mark J. Grady
    Assistant United States Attorney