IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANGELO KARAGELIDIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action # 05-CV-11846-NG |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Respondent. | ) | |

## RESPONDENT'S MOTION TO DISMISS

Now comes the Respondent to request that the instant claim be dismissed for failure to state a claim upon which relief may be granted and because the claim is moot.  In support of the motion, Respondent submits the attached memorandum of law and exhibits.

Wherefore, Respondent requests that the petition be dismissed.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney


/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136


Certificate of Compliance

The Respondent takes the position that the rule requires "counsel" to confer.  As Petitioner is pro se, the rule is inapposite.  Alternatively, as the Petitioner is an inmate confined to the custody of the Bureau of Prisons, Respondent requests leave to file the instant motion without a conference.  Counsel for the United States also communicated with the Petitioner by letter seeking agreement that the claim be dismissed in light of the Petitioner's placement in a CCC.  There was no response.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

Certificate of Service

IT IS HEREBY CERTIFIED that on this 20th day of January 2006,  service of the foregoing Motion, Memorandum and Exhibits has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Angelo Karagelidis, Coolidge House, 307 Huntington Ave, Boston, MA 02115.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States

2