IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| ANGELO KARAGELIDIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | Civil Action # 05-CV-11846-NG |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Respondent. | ) | |

RESPONDENT'S NOTICE OF RELEASE

The Petitioner, Angelo Karagelidis, was released from BOP custody on March 10, 2006. He reported that his new address would be 20 Oakdale Ave., Dedham, MA 01850.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Mark J. Grady
        MARK J. GRADY
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        Tel. No. (617) 748-3136

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 14th day of March 2006, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Angelo Karagelidis, 20 Oakdale Ave., Dedham, MA 01850.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant United States Attorney